# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 99-CV-1639 |
| GREGORY BAILEY AND CAROL E. BAILEY | : | |
| Defendant. | : | |

## PRAECIPE TO SATISFY JUDGMENT

TO THE CLERK:
United States District Court
Eastern District of Pennsylvania

Please mark the above-captioned judgment satisfied.

WILLIAM M. McSWAIN
United States Attorney

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney

Date: **September 3, 2020**